BOWMAN AND BROOKE LLP
Edgar J. Gutierrez, Esq. SB# 189011
Michael C. Foley, Esq., SB# 240118
879 West 190th Street
Suite 700
Gardena, California 90248-4227
Tel:   310/ 768-3068
Fax:  310/ 719-1019

Attorneys for Defendant
HAMILTON BEACH BRANDS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HAMILTON BEACH BRANDS, INC., a corporation; DOES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants. | **CASE NO.**<br>**SACV09-1118-DMG (PJWx)**<br><br>(Removed from Orange County Superior Court - Case No. 30-2009 00292441)<br><br>**Assigned:**　　Hon. Dolly M. Gee<br>**Courtroom:**　7<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE [JS-6]**<br><br>Action Filed:　　August 12, 2009<br><br>Trial Date:　　November 11, 2010 |

The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice and good cause appearing, orders that this matter be and is hereby, dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 23, 2010

*/s/ Dolly M. Gee*

Hon. Dolly M. Gee
United States District Judge